IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, as Broadcast Licensee of the May 6, 2017 Saul Alvarez v. Julio Cesar Chavez, Jr. Super Middleweight Championship Fight Program,<br><br>    Plaintiff,<br><br>v.<br><br>1) EL IMPRESARIO, INC., individually, and d/b/a O BAR HOUSTON and d/b/a O BAR DISCOTHEQUE and d/b/a O BAR and d/b/a EL KORRAL HOUSTON and d/b/a VIP LOUNGE; and<br>2) JAIME A. ORTEGA, individually, and d/b/a O BAR HOUSTON and d/b/a O BAR DISCOTHEQUE and d/b/a O BAR and d/b/a EL KORRAL HOUSTON and d/b/a VIP LOUNGE;<br><br>    Defendants. | Civil Action No. 4:20-cv-01536 |

**PLAINTIFF'S DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PERSONS**

Pursuant to FED. R. CIV. P. 7.1, Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") provides the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. G&G Closed Circuit Events, LLC
   2380 South Bascom Avenue, Suite 200
   Campbell, California 95008

2. El Impresario, Inc.
   Registered Agent:  Jaime Ortega
   921 FM 1960 W., Suite 108
   Houston, Texas 77090

3. Jaime A. Ortega
   1247 Lavender Shade Ct.
   Houston, Texas 77073

Respectfully submitted,

By: _____
David M. Diaz
State Bar No. 24012528
Southern District Bar No. 889588
david@diazlawtx.com
Attorney-in-charge

LAW OFFICES OF DAVID DIAZ, PLLC
825 Watters Creek Blvd.
Building M, Suite 250
Allen, Texas 75013
(972) 996-4588 – Telephone

ATTORNEY FOR PLAINTIFF