**UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS**

### NOTICE OF THE RIGHT TO TRY
### A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

A consent form is attached and is also available from the clerk.

Clerk of Court

**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| G&G Closed Circuit Events, LLC | § § | |
| *versus* | § § | Civil Action 4:20−cv−01536 |
| El Impresario, Inc., et al. | § | |

### CONSENT TO PROCEED BEFORE A MAGISTATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge Christina A. Bryan to conduct all further proceedings, including final judgment.

Date

Vanessa D. Gilmore
United States District Judge