IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, <br> as Broadcast Licensee of the May 6, 2017 <br> Saul Alvarez v. Julio Cesar Chaves, Jr. Super <br> Middleweight Championship Fight Program, <br><br> Plaintiff, <br><br> V. <br><br> 1) EL IMPRESSARIO, INC. individually, and <br> d/b/a O BAR HOUSTON and d/b/a O BAR <br> DISCOTHEQUE and d/b/a O BAR and d/b/a EL <br> KORRAL HOUSTON and d/b/a VIP LOUNGE; <br> and <br> 2) JAIME A. ORTEGA, individually, and <br> d/b/a O BAR DISCOTHEQUE and d/b/a O BAR <br> and d/b/a EL KORRAL HOUSTON and d/b/a VIP <br> LOUNGE <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:20-cv-01536 |

## DEFENDANTS' DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P., Rule 7.1, Defendants Jaime A. Ortega and El Impressario, Inc., individually, and d/b/a O Bar Houston and d/b/a O Bar Discotheque and d/b/a El Korral Houston and d/b/a VIP Lounge provides this its Disclosure of Interested Persons:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None.

1.      G&G Closed Circuit Events, LLC; 2380 South Bascom Avenue, Ste. 200, Campbell, CA 95008.

2. El Impresario, Inc., by and through its counsel or record Clyde W. Burleson, P.C., 1533 W. Alabama, Houston, TX 77006.

3. Jaime A. Ortega, by and through his counsel or record Clyde W. Burleson, P.C., 1533 W. Alabama, Houston, TX 77006.

Respectfully submitted,

CLYDE W. BURLESON, P.C.

**/S/ Clyde W. Burleson**

_____
Clyde W. Burleson
SBN: 00796278
SDID: 754365
clyde@burlesoncraig.com
Burleson & Craig, P.L.L.C.
1533 W. Alabama, Ste. 100
Houston, Texas 77006
Telephone: (713) 526-2226
Facsimile: (713) 526-3787
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been sent by certified mail, return receipt requested, to all parties as shown below on October 16, 2020, unless otherwise served by the CM-ECF system.

David Diaz
Law Offices of David Diaz, PLLC
825 Watters Creek Blvd.
Building M, Suite 250
Allen, Texas 75013

BY: /S/ Clyde Burleson
_____
Clyde W. Burleson