United States District Court
Southern District of Texas
**ENTERED**
June 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:20-CV-1536 |
| | § | |
| EL IMPRESARIO, INC., et al. | § | |
| | § | |
| Defendants. | § | |

### ORDER

Pending before the Court is Plaintiff's Motion for Summary Judgment, **(Instrument No. 16)**, and Defendants' Motion to Withdraw Deemed Admissions, **(Instrument No. 17)**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED** without prejudice to re-urging. **(Instrument No. 16)**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Withdraw Deemed Admissions is **GRANTED**. **(Instrument No. 17)**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 4th day of June, 2021, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**