United States District Court
Southern District of Texas
**ENTERED**
July 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, § § Plaintiff, § § VS. § § EL IMPRESARIO, INC.; dba O BAR § HOUSTON; dba O BAR DISCOTHEQUE; § dba O BAR; dba EL KORRAL § HOUSTON; dba VIP LOUNGE, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-1536 |

## **ORDER**

The parties are **ORDERED** to file a Status Report on or before **July 19, 2021.**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 9th day of July, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE