## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

G&G Closed Circuit Events, LLC

v.   Case Number: 4:20–cv–01536

El Impresario, Inc., et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Vanessa D Gilmore**

**LOCATION:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/27/2021

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Docket Call

Date:   July 20, 2021                                                                 Nathan Ochsner, Clerk